UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| ANTHONY L. RENDINA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:19-CV-241-TAV-HBG |
| RHETT RUTLEDGE, IAN MORLAND, KYLE MILLER, TREVOR TARWATER, DAVID BUCHANAN, FNU COLE, FNU RUSS, and FNU MAPLES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff Anthony L. Rendina, an inmate proceeding pro se in a civil rights action for violation of 42 U.S.C. § 1983, has filed a motion seeking voluntary dismissal of the instant suit with prejudice [Doc. 21]. Upon due consideration, the Court finds the instant motion well taken, and Plaintiff's motion to dismiss his complaint with prejudice [Doc. 21] will be **GRANTED**. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, Plaintiff's complaint will be **DISMISSED WITH PREJUDICE**, and this action will be **CLOSED**.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE