UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANTHONY L. RENDINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.: 3:19-CV-241-TAV-HBG |
| | ) |
| RHETT RUTLEDGE, | ) |
| IAN MORLAND, | ) |
| KYLE MILLER, | ) |
| TREVOR TARWATER, | ) |
| DAVID BUCHANAN, | ) |
| FNU COLE, | ) |
| FNU RUSS, and | ) |
| FNU MAPLES, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion filed herewith, Plaintiff's motion to dismiss his complaint [Doc. 21] is **GRANTED**, and this pro se prisoner's complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

Further, the Court **CERTIFIES** that any appeal taken from this decision would not be taken in good faith, and therefore, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

                                                 s/ Thomas A. Varlan
                                                 UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
   CLERK OF COURT